IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUAN C. MONTALBA**  **PLAINTIFF**
**ADC #161935**

**v.**  **CASE NO. 4:17-CV-00642 BSM**

**PULASKI COUNTY DETENTION FACILITY**  **DEFENDANT**

## ORDER

The proposed findings and recommendations [Doc. No. 4] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been submitted. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Juan Montalba's complaint is dismissed without prejudice for failure to state a claim, this dismissal counts as a "strike," and it is certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith. *See* 28 U.S.C. §§ 1915(g), (a)(3).

IT IS SO ORDERED this 27th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE